# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
http://www.wied.uscourts.gov

January 8, 2019

Daniel T. Flaherty
Godfrey & Kahn, S.C.
100 West Lawrence Street
P.O. Box 2728
Appleton, Wisconsin 54913-2728

Matthew M. Wuest
Godfrey & Kahn, S.C.
833 East Michigan Street - Suite 1800
Milwaukee, Wisconsin 53202-5615

Re: Hytrol Conveyor Company, Inc. v Hilmot, LLC
Case No. 18-CV-1502

Dear Counsel:

The complaint in the above-captioned action was filed on September 24, 2018. More than 90 days have elapsed since the filing of the complaint. However, court records do not disclose that you have effected service upon the defendant. You are advised that pursuant to Fed. R. Civ. P. 4(m), this action is subject to dismissal without prejudice unless good cause is shown for the failure to effect such service.

Please file a status report on or before January 30, 2019, regarding your efforts to serve the defendant. You are hereby advised that failure to file such report may result in dismissal of your action pursuant to Civil L. R. 41(a)(E.D. Wis.).

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

s/ Linda M. Zik
Courtroom Deputy Clerk